UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY VOAG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASMINE ALONZO, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C20-1450-JCC<br><br>REPORT AND RECOMMENDATION |

Plaintiff Ashley Voag submitted an *in forma pauperis* (IFP) application and a proposed civil complaint. (Dkt. 1.) She names as defendants Washington State Office of the Attorney General, Skagit Valley Hospital, Assistant Attorney General Jasmine Alonzo, and some forty other individuals, including, *inter alia*, employees of hospitals, police and fire departments, ambulance companies, Child Protective Services and other agencies, and attorneys.

In the proposed complaint, plaintiff asserts violation of international laws against Canadians and violation of her constitutional rights. Among other specific allegations, plaintiff contends defendants "stole Canadian babies, used them for their buddies to enrich themselves" and others, and are responsible for "unlawful heinous crime of child trafficking infants, babies, children and caused children grievous lifelong damage [] to Canadian nationals." (Dkt. 1-1 at 38

REPORT AND RECOMMENDATION
PAGE - 1

& Dkt. 1-2.) Ultimately, a review of the proposed complaint in conjunction with the more than five hundred pages of attachments appears to reveal claims arising out of dependency proceedings involving plaintiff's minor children. She seeks injunctive relief, including the return of her children to Canada, one billion dollars, and the arrest of two individual defendants.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be granted. A complaint must provide a defendant fair notice of the plaintiff's claims and the grounds upon which it rests, *Conley v. Gibson*, 355 U.S. 41, 47 (1957), and allege facts to state a claim for relief that is plausible on its face, *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

This Court previously dismissed two similar cases filed by plaintiff. *See Voag v. Fish, et al.*, C19-1588-MJP (Dkts. 35, 42-43), and *Voag v. Dep't of Youth & Family Services*, C20-184-RSM (Dkt. 3). Considering plaintiff's current submissions, there is no reasonable basis for concluding the deficiencies in the proposed complaint could be cured by amendment. The action fails to state a claim upon which relief may be granted and appears frivolous. The Court therefore recommends the request to proceed IFP be DENIED and this case DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). A proposed order of dismissal accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions

REPORT AND RECOMMENDATION
PAGE - 2

calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 23, 2020**.

DATED this 8th day of October, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3