THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY VOAG,<br><br>                    Plaintiff,<br><br>        v.<br><br>JASMINE ALONZO, *et al.*,<br><br>                    Defendants. | CASE NO. C20-1450-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff Ashley Voag's motion for reconsideration of the Court's order adopting Magistrate Judge Theiler's Report and Recommendation and dismissing her complaint (Dkt. No. 13), motion for emergency injunction (Dkt. No. 14), motion to issue subpoenas (Dkt. No. 15), and letter to the Court (Dkt. No. 16).

Ms. Voag argues that the Court should reconsider its order dismissing her complaint because she paid the filing fee after Magistrate Judge Theiler issued a report and recommendation under 28 U.S.C. § 1915(e)(2)(B). (*See* Dkt. No. 13.) The motion for reconsideration is DENIED because it does not present "new facts or legal authority which could not have been brought to [the Court's] attention earlier." W.D. Wash. Local Civ. R. 7(h)(1). The Court's order dismissing the complaint accounted for the fact that Ms. Voag paid the filing fee. (*See* Dkt. No. 11 at 2.)

In the absence of a pending complaint, the Court also DENIES Plaintiff's motion for

1 emergency injunction (Dkt. No. 14) and motion to issue subpoenas (Dkt. No. 15).

2 At bottom, the Court does not have jurisdiction to provide Ms. Voag with the relief she seeks. Ms. Voag requests that the Court overturn a state court's custody ruling and order that the state court return Ms. Voag's children to her. (*See* Dkt. Nos. 1-1 at 38 (requesting that the Court "order lower court return Canadian children to [Ms. Voag]"), 16 at 1 ("I Ashley Voag . . . am writing to plead with you . . . to return my Canadian National Children back to my custody and care as they are being brutally abused in DCYF Custody."), 1-5 at 9–12 (submitting document from the state court proceedings).) The Court does not have jurisdiction to do so. *See Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003) ("[A] federal district court does not have subject matter jurisdiction to hear a direct appeal from the final judgment of a state court.").

DATED this 25th day of February 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE